# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | Mehovic, Ramiz<br>Mehovic, Marianna<br>Debtors | § § § § | Case No. 08 B 25600 |
|---|---|---|---|

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/26/2008.

2) The plan was confirmed on 12/16/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

5) The case was converted on 11/30/2010.

6) Number of months from filing or conversion to last payment: 26.

7) Number of months case was pending: 27.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $13,150.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $20,280.00 |
| Less amount refunded to debtor | $837.71 |
| **NET RECEIPTS:** | **$19,442.29** |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,279.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $1,186.78 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,465.78** |

Attorney fees paid and disclosed by debtor     $2,683.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Chase Bank | Secured | $98,610.00 | NA | NA | $0 | $0 |
| Chase Home Finance | Secured | NA | $1,217.40 | $1,217.40 | $0 | $0 |
| Chase Home Finance | Secured | NA | $8,930.52 | $8,930.52 | $0 | $0 |
| Chase Home Finance | Secured | $362,455.00 | $358,592.28 | $358,592.28 | $0 | $0 |
| Chase Home Finance | Secured | $44,505.94 | $45,990.20 | $45,990.20 | $0 | $0 |
| Chase Home Finance | Secured | $200.00 | $200.00 | $200.00 | $0 | $0 |
| Citizens Bank | Secured | $15,930.00 | $14,842.55 | $14,842.55 | $14,842.55 | $951.97 |
| GMAC Auto Financing | Secured | $1,200.00 | $1,063.61 | $1,063.61 | $443.69 | $0 |
| JP Morgan Chase Bank NA | Secured | NA | $98,614.65 | $98,614.65 | $0 | $0 |
| JP Morgan Chase Bank NA | Secured | NA | $2,920.56 | $2,920.56 | $0 | $0 |
| Bank Of America | Unsecured | $0 | NA | NA | $0 | $0 |
| Bank One | Unsecured | $0 | NA | NA | $0 | $0 |
| Charter One Bank | Unsecured | $0 | NA | NA | $0 | $0 |
| Charter One Bank | Unsecured | $0 | NA | NA | $0 | $0 |
| Chase | Unsecured | $0 | NA | NA | $0 | $0 |
| Chase Bank USA NA | Unsecured | NA | $23,717.30 | $23,717.30 | $126.03 | $0 |
| Chase Bank USA NA | Unsecured | $0 | $275.93 | $275.93 | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Chase Bank USA NA | Unsecured | $897.00 | NA | NA | $0 | $0 |
| Chase Home Finance | Unsecured | $6,782.00 | $7,037.74 | $7,037.74 | $37.40 | $0 |
| Chrysler Financial Services Americas | Unsecured | $0 | NA | NA | $0 | $0 |
| Citgo | Unsecured | $0 | NA | NA | $0 | $0 |
| Citibank | Unsecured | $1,581.00 | NA | NA | $0 | $0 |
| Citizens Bank | Unsecured | $1,025.93 | NA | NA | $0 | $0 |
| Conseco Finance Servicing Corp | Unsecured | $0 | NA | NA | $0 | $0 |
| Countrywide Home Loans Inc. | Unsecured | $0 | NA | NA | $0 | $0 |
| Credit First | Unsecured | $0 | NA | NA | $0 | $0 |
| Discover Financial Services | Unsecured | $9,186.00 | $10,766.37 | $10,766.37 | $57.21 | $0 |
| Discover Financial Services | Unsecured | $7,649.00 | NA | NA | $0 | $0 |
| Discover Financial Services | Unsecured | $7,898.80 | $10,762.33 | $10,762.33 | $57.19 | $0 |
| DSNB | Unsecured | $0 | NA | NA | $0 | $0 |
| ECast Settlement Corp | Unsecured | $4,833.00 | $6,634.25 | $6,634.25 | $35.25 | $0 |
| ECast Settlement Corp | Unsecured | $0 | $914.02 | $914.02 | $0 | $0 |
| ECast Settlement Corp | Unsecured | $234.00 | $240.58 | $240.58 | $0 | $0 |
| ECast Settlement Corp | Unsecured | $11,553.00 | $11,419.22 | $11,419.22 | $60.68 | $0 |
| ECast Settlement Corp | Unsecured | $16,463.00 | $16,786.01 | $16,786.01 | $89.20 | $0 |
| ECast Settlement Corp | Unsecured | $5,014.00 | $5,042.20 | $5,042.20 | $26.79 | $0 |
| Fashion Bug | Unsecured | $0 | NA | NA | $0 | $0 |
| First USA Bank N A | Unsecured | $0 | NA | NA | $0 | $0 |
| Ford Motor Credit Corporation | Unsecured | $0 | NA | NA | $0 | $0 |
| GEMB | Unsecured | $0 | NA | NA | $0 | $0 |
| GEMB | Unsecured | $1,428.00 | NA | NA | $0 | $0 |
| GEMB | Unsecured | $0 | NA | NA | $0 | $0 |
| GEMB | Unsecured | $0 | NA | NA | $0 | $0 |
| GEMB | Unsecured | $0 | NA | NA | $0 | $0 |
| GEMB | Unsecured | $405.00 | NA | NA | $0 | $0 |
| GMAC Auto Financing | Unsecured | $235.32 | NA | NA | $0 | $0 |
| Harlem Furniture | Unsecured | $0 | NA | NA | $0 | $0 |
| HFC | Unsecured | $0 | NA | NA | $0 | $0 |
| Hinsdale Bank & Trust | Unsecured | $2,824.00 | $6,065.73 | $6,065.73 | $32.23 | $0 |
| Hinsdale Bank & Trust | Unsecured | $0 | NA | NA | $0 | $0 |
| Hinsdale Bank & Trust | Unsecured | $0 | NA | NA | $0 | $0 |
| Hinsdale Bank & Trust | Unsecured | $2,824.00 | NA | NA | $0 | $0 |
| Household Finance | Unsecured | $0 | NA | NA | $0 | $0 |
| HSBC | Unsecured | $0 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| J V D B & Associates | Unsecured | $0 | NA | NA | $0 | $0 |
| Mercedes Benz Financial | Unsecured | $0 | NA | NA | $0 | $0 |
| Montgomery Ward & Co Inc | Unsecured | $0 | NA | NA | $0 | $0 |
| NBGL-Carsons | Unsecured | $0 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $141.00 | NA | NA | $0 | $0 |
| ODPT/CBSD | Unsecured | $0 | NA | NA | $0 | $0 |
| PNC Mortgage Corporation | Unsecured | $0 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $5,419.00 | $7,467.21 | $7,467.21 | $39.68 | $0 |
| Portfolio Recovery Associates | Unsecured | $928.00 | $786.94 | $786.94 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $2,175.00 | $2,312.78 | $2,312.78 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $1,581.50 | $1,413.74 | $1,413.74 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $22,336.00 | $24,649.93 | $24,649.93 | $130.97 | $0 |
| Portfolio Recovery Associates | Unsecured | $8,160.00 | $8,593.85 | $8,593.85 | $45.67 | $0 |
| Prairie State Bank | Unsecured | $0 | NA | NA | $0 | $0 |
| Provident Bank | Unsecured | $0 | NA | NA | $0 | $0 |
| Rnb Fields3 | Unsecured | $0 | NA | NA | $0 | $0 |
| RoundUp Funding LLC | Unsecured | $231.00 | $265.92 | $265.92 | $0 | $0 |
| RoundUp Funding LLC | Unsecured | $459.00 | $1,592.59 | $1,592.59 | $0 | $0 |
| RoundUp Funding LLC | Unsecured | $2,555.00 | $2,441.52 | $2,441.52 | $0 | $0 |
| Sears/Citibank SD | Unsecured | $116.00 | NA | NA | $0 | $0 |
| TD Banknorth | Unsecured | $0 | NA | NA | $0 | $0 |
| Tiger Gold Card | Unsecured | $0 | NA | NA | $0 | $0 |
| Union Plus | Unsecured | $0 | NA | NA | $0 | $0 |
| Union Plus | Unsecured | $10,745.17 | NA | NA | $0 | $0 |
| Washington Mutual | Unsecured | $0 | NA | NA | $0 | $0 |
| Wells Fargo Financial | Unsecured | $0 | NA | NA | $0 | $0 |
| WFNNB | Unsecured | $0 | NA | NA | $0 | $0 |
| WFNNB | Unsecured | $0 | NA | NA | $0 | $0 |
| WFNNB | Unsecured | $0 | NA | NA | $0 | $0 |
| WFNNB/Dress Barn | Unsecured | $0 | NA | NA | $0 | $0 |

UST Form 101-13-FR-S (09/01/2009)

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $516,465.61 | $0 | $0 |
| Debt Secured by Vehicle | $15,906.16 | $15,286.24 | $951.97 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $532,371.77 | $15,286.24 | $951.97 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $149,186.16 | $738.30 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,465.78 |
| Disbursements to Creditors | $16,976.51 |
| **TOTAL DISBURSEMENTS:** | $19,442.29 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: December 21, 2010   By: /s/ MARILYN O. MARSHALL
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.